IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,   )
                            )
        Plaintiff,           )
                            )
    v.                      )   No. 11 CR 146
                            )
MARZENA CARSTENS,            )
                            )
        Defendant.           )

MEMORANDUM

This Court has received a letter from Marzena Carstens ("Carstens"), who is serving a custodial term at FCI Waseca, Minnesota, in which she details her accomplishments during her time in custody and asks this Court to enter an order reducing her sentence from 48 months to 24 months. This Court lacks the power to do so--once sentence is pronounced, the sentencing court loses jurisdiction, and Congress has placed all decisions thereafter within the control of the Bureau of Prisons. Accordingly, if Carstens is to obtain any relief from her sentence, that would have to be provided by the Executive Branch rather than the Judicial Branch of the United States government.

_____
Milton I. Shadur
Senior United States District Judge

Date: November 14, 2013